**Appeal Dismissed and Memorandum Opinion filed June 9, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00070-CR**

---

**JON MICHAEL GULLETTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. MD-0388996**

---

## MEMORANDUM OPINION

Appellant was convicted of assault causing bodily injury involving family violence, pursuant to Texas Penal Code § 22.01(a)(1), and he was sentenced to 365 days imprisonment with the sentence suspended while he was placed on twelve months community supervision pursuant to a judgment signed November 2, 2021. After filing a timely motion for a new trial, appellant filed his notice of appeal on February 2, 2022, 92 days after the judgment was signed and beyond the 90-day

deadline for filing the notice of appeal.[1] *See* Tex. R. App. P. 26.2(a)(2).

This court informed appellant of the jurisdictional issue created by his untimely notice of appeal and allowed appellant 21 days to respond. Appellant's response did not provide any basis for this court to exercise jurisdiction over this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] Although appellant dated the notice of appeal January 31, 2022, the trial court clerk filestamped the document February 2, 2022. No evidence has been provided that the document was mailed sufficiently early to be a timely notice of appeal. *See* Tex. R. App. P. 9.2(b)(1), (2).